*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided November 10, 2004

STATE OF CONNECTICUT *v.* ANTHONY CARIGNAN

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 187 (AC 24133), is denied.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided November 10, 2004